No. 90–6898. GRANADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6908. STRINGER v. JOHNSON. Sup. Ct. Cal. Certiorari denied.

No. 90–6945. VINSON v. COOPER ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6948. ROBINSON v. SAWYER, MAYOR, CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–6953. BAUGH v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6954. FRANCIS v. HOKE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 90–6958. OATESS v. DRAGOVICH ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6972. WHITE v. MORRIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–6975. KIM v. PRINTEMPS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–6976. KIM v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–6979. BROWN v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6983. WILLIAMS ET UX. v. KANSTOROOM ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 90–6987. KUNZ v. ALASKA. C. A. 9th Cir. Certiorari denied.

No. 90–6993. RODRIGUEZ v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–6996. BOYD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7002. VAN DER JAGT v. SIB INTERNATIONAL BANCORP, INC., ET AL. C. A. 5th Cir. Certiorari denied.